IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| EDWARD JOE WALTON, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) NO. CIV-19-0348-HE |
| KARRIE JEAN McBRIDE, *et al.*, | ) |
| Defendants. | ) |

# ORDER

Plaintiff Edward Joe Walton, a state pre-trial detainee appearing *pro se*, filed a complaint seeking relief pursuant to 42 U.S.C. § 1983. The matter was referred to Magistrate Judge Suzanne Mitchell for initial proceedings pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Judge Mitchell granted plaintiff's motion to proceed *in forma pauperis* and ordered him to pay an initial partial filing fee of $5.15. Plaintiff did not pay the initial partial fee. Accordingly, Judge Mitchell issued a Report and Recommendation recommending that plaintiff's case be dismissed. Plaintiff has since paid the initial partial filing fee.

In light of plaintiff's payment, the Report [Doc. # 14] is **STRICKEN** as moot. This case is referred back to Judge Mitchell for further initial proceedings.

**IT IS SO ORDERED**.

Dated this 29th day of July, 2019.

JOE HEATON
UNITED STATES DISTRICT JUDGE